IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IVAN HARVEY,

    Petitioner,

v.                                                    CASE NO. 5:11cv220-MP-GRJ

EDWIN G. BUSS,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2012.  (Doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and petitioner's objections thereto (doc. 25), I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The motion to dismiss the petition as untimely (doc. 18) is GRANTED.  This case is dismissed with prejudice.

    **DONE and ORDERED** this 7th day of August, 2012.

                                                        s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**